IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Patterson, Christopher M

Printed: 9/30/08

Case Number: 08 B 05003
Judge: Hollis, Pamela S
Filed: 3/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 18, 2008
Confirmed: June 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,443.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,349.20 |
| Trustee Fee: | | 93.80 |
| Other Funds: | | 0.00 |
| Totals: | 1,443.00 | 1,443.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 1,349.20 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Indymac Bank | Secured | 26,500.62 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 580.22 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 100.90 | 0.00 |
| 6. | T Mobile USA | Unsecured | 170.31 | 0.00 |
| 7. | T Mobile USA | Unsecured | 579.55 | 0.00 |
| 8. | T Mobile USA | Unsecured | 236.52 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 922.98 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 246.16 | 0.00 |
| 11. | Capital One | Unsecured | 1,218.37 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 246.33 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 1,993.76 | 0.00 |
| 14. | Omni Credit Service | Unsecured | 930.35 | 0.00 |
| 15. | CBCS | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 19. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 20. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 21. | West Asset Management | Unsecured | | No Claim Filed |
| 22. | Northwest Collectors | Unsecured | | No Claim Filed |
| 23. | PCB-SF | Unsecured | | No Claim Filed |
| 24. | Professional Account Management | Unsecured | | No Claim Filed |
| 25. | University Of Phoenix | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Patterson, Christopher M | Case Number: 08 B 05003 |
| | Judge: Hollis, Pamela S |
| Printed: 9/30/08 | Filed: 3/3/08 |

| | | | |
|---|---|---|---|
| 26. Trust Receivable Services | Unsecured | | No Claim Filed |
| 27. Nicor Gas | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 37,219.07 | $ 1,349.20 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 93.80 |
| | _____ |
| | $ 93.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____